*United States v. Vences,* 169 F.3d 611, 613 (9th Cir.1999).

**DISMISSED.**

### UNITED STATES of America, Plaintiff—Appellee,

v.

### Eddie Jay JUSZCZAK, Defendant—Appellant.

### No. 04–10068.

### D.C. No. CR–02–01403–JMR–02.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2004.*

Decided Sept. 27, 2004.

Reese V. Bostwick, Asst. U.S. Atty., Tucson, AZ, for Plaintiff-Appellee.

Wanda Day, Tucson, AZ, for Defendant-Appellant.

Before PREGERSON, HAWKINS, and GRABER, Circuit Judges.

### MEMORANDUM**

Eddie Jay Juszczak appeals his guilty-plea conviction and 262–month sentence for conspiracy to possess with intent to distribute cocaine and firearm possession

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. Because we conclude Juszczak is not entitled to relief under *Blakely v. Washington,* ——

---

during a drug trafficking crime, in violation of 21 U.S.C. §§ 841 and 846, and 18 U.S.C. § 924(c), respectively. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Juszczak's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**[1]

---

U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004) or *United States v. Ameline,* 376 F.3d 967 (9th Cir.2004), appellant's pro se motion for extension of time to file a brief addressing these cases is **DENIED.**

